AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── **OFFENSE CHARGED** ───

18 U.S.C. § 661 - Theft Within Special Maritime and Territorial Jurisdiction of the United States

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

─── **DEFENDANT - U.S.** ───

OSCAR LUIS MENDIZABAL-CUYA

**DISTRICT COURT NUMBER**

CR 07 0623

**PENALTY:**

Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

─────── **DEFENDANT** ───────

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (&Title, if any)

National Park Service, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**

3-07-70584 EMC

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  9/29/2007

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**

Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

**PROCESS:**

☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 OCT -2 AM 11: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*MAG*

**CR 07 0623**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR |
| Plaintiff, | ) | |
| | ) | VIOLATION: Title 18, United States Code, |
| v. | ) | Section 661 – Theft Within Special |
| | ) | Maritime and Territorial Jurisdiction of the |
| OSCAR LUIS MENDIZABAL-CUYA, | ) | United States (Class A Misdemeanor) |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges:

On or about September 29, 2007, in the Northern District of California, within an area of

special maritime and territorial jurisdiction, to wit: the Golden Gate National Recreation Area,

the defendant,

OSCAR LUIS MENDIZABAL-CUYA,

did take and carry away, with the intent to steal and purloin, the personal property of another, to

wit: a wallet belonging to another individual that was taken from a Dodge sedan that was parked

//

//

INFORMATION

Page 1 of 2

1    in the Battery Spencer parking lot, in violation of Title 18, United States Code, Section 661, a

2    Class A misdemeanor.

3

4    DATED:   _10/1/07_                          SCOTT N. SCHOOLS
                                                  United States Attorney
5

6

7                                                 GREGG W. LOWDER
                                                  Deputy Chief, Major Crimes Section
8

9    (Approved as to form: _____ )
                            WENDY THOMAS
10                          Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                        Page 2 of  2