1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for MENDIZABAL-CUYA

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   No. CR-07-0623 EMC
11                                       )
                   Plaintiff,            )   **MOTION AND [PROPOSED]**
12                                       )   **ORDER FOR RELEASE FROM**
   v.                                    )   **CUSTODY**
13                                       )
   OSCAR LUIS MENDIZABAL-                )   Hearing:     October 3, 2007
14 CUYA,                                 )   Time:        9:30 a.m.
                                         )
15                 Defendant             )   Magistrate Judge Edward Chen/Nandor
                                         )   Vadas
16 _____

17
        On October 3, 2007, Mr. Oscar Luis Mendizabal-Cuya was sentenced to one week of custody
18
   by the Honorable Edward M. Chen, who is not available today to sign this Release Order.  At the
19
   hearing, both parties agreed that the week would toll on Friday, October 5, 2007, as Mr. Mendizabal-
20
   Cuya was arrested by U.S. Park Police on Saturday, September 29, 2007.  As today is October 5,
21
   2007, and no further custody time was ordered by Judge Chen, Mr. Mendizabal-Cuya now
22
   //
23
   //
24
   //
25
   //
26

   ORDER FOR RELEASE
   No. CR 3-07-0623 EMC

1  //

2  moves this honorable Court to order his release from federal custody forthwith today, October 5,

3  2007.

4  Dated:        October 5, 2007

5                                          Respectfully submitted,

6                                          BARRY J. PORTMAN
                                           Federal Public Defender

7                                                  /S/

8                                          ELIZABETH M. FALK
9                                          Assistant Public Defender

10

11
                                    **[PROPOSED] ORDER**
12

13
        For the aforementioned reasons, it is hereby **ORDERED** that Mr. Oscar Luis Mendizabal-Cuya
14
    be released from federal custody forthwith today, October 5, 2007.
15

16  **IT IS SO ORDERED**

17                                          _____
    DATED:_____        THE HONORABLE NANDOR J. VADAS
18                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

ORDER FOR RELEASE
No. CR 3-07-0623 EMC                                                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26