1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for MENDIZABAL-CUYA

**FILED**

OCT X 5 2007

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0623 EMC |
| Plaintiff, | **MOTION AND [PROPOSED] ORDER FOR RELEASE FROM CUSTODY** |
| v. | |
| OSCAR LUIS MENDIZABAL-CUYA, | Hearing: October 3, 2007<br>Time: 9:30 a.m. |
| Defendant | Magistrate Judge Edward Chen/Nandor Vadas |

On October 3, 2007, Mr. Oscar Luis Mendizabal-Cuya was sentenced to one week of custody by the Honorable Edward M. Chen, who is not available today to sign this Release Order. At the hearing, both parties agreed that the week would toll on Friday, October 5, 2007, as Mr. Mendizabal-Cuya was arrested by U.S. Park Police on Saturday, September 29, 2007. As today is October 5, 2007, and no further custody time was ordered by Judge Chen, Mr. Mendizabal-Cuya now

//
//
//
//

ORDER FOR RELEASE
No. CR 3-07-0623 EMC

1 //

2 moves this honorable Court to order his release from federal custody forthwith today, October 5,

3 2007.

4 Dated:    October 5, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

ELIZABETH M. FALK
Assistant Public Defender

**[PROPOSED] ORDER**

For the aforementioned reasons, it is hereby **ORDERED** that Mr. Oscar Luis Mendizabal-Cuya be released from federal custody forthwith today, October 5, 2007.

**IT IS SO ORDERED**

DATED: 10/5/07

THE HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

cc: AUSA, FPD, PTS, Marshal

ORDER FOR RELEASE
No. CR 3-07-0623 EMC

2